# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, LLC
D/B/A THE ADVOCATE

NO. 2026 CW 0653

**JULY 20, 2026**

---

In Re: Capital City Press, L.L.C. d/b/a The Advocate, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 79978.

---

BEFORE: **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's April 20, 2026 judgment granting sanctions against defendants is an appealable judgment. La. Code Civ. P. art. 1915(A)(6); **Triton Diving Servs. LLC v. Offshore Marine Serv. Ass'n, Inc.**, 2023-0169 (La. App. 1st Cir. 9/21/23), 372 So.3d 832, 838. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to defendants, Capital City Press, LLC d/b/a The Advocate, Peter Kovacs and Danny Heitman, pursuant to their notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam); **Douglass v. Alton Ochsner Med. Found.**, 96-2825 (La. 6/13/97), 695 So.2d 953, 956 ("Where there is an adequate remedy by appeal, there normally is no need for the courts to exercise supervisory jurisdiction"). Additionally, a copy of this court's order is to be included in the appellate record.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT